**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Terrill A. RICKMON, Sr.,
Defendant–Appellant.**

**No. 10–3474.**

United States Court of Appeals,
Seventh Circuit.

Sept. 11, 2012.

Thomas A. Keith, Attorney, Office of the United States Attorney, Peoria, IL, Linda L. Mullen, Attorney, Office of the United States Attorney, Rock Island, IL, for Plaintiff–Appellee.

Mark Douglas Stuaan, Attorney, Barnes & Thornburg LLP, Indianapolis, IN, for Defendant–Appellant.

Before DIANE P. WOOD, Circuit Judge, DIANE S. SYKES, Circuit Judge, DAVID F. HAMILTON, Circuit Judge.

**ORDER**

After remand by the Supreme Court for further consideration in light of the Supreme Court's decision in *Dorsey v. United States*, 567 U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012), and considering the parties' joint Circuit Rule 54 Statement, we hereby VACATE defendant Terrill Rickmon's sentence and REMAND this case to the district court for re-sentencing under the Fair Sentencing Act of 2010 consistent with *Dorsey*.